

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00654-CR

Smelin V. **ROQUE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8480
Honorable Philip A. Kazen Jr., Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 16, 2016.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.

Keith E. Hottle, Clerk